**Evergreen Plaza Associates Creditor Matrix**

Pender Capital Asset Based Lending Fund I, LP
c/o Benesch, Friedlander, Coplan & Aronoff LLP
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, NJ 0701-6323

Paul Robbins and Barbara Lowenthal
1800 Ben Franklin Drive, A 602
Sarasota, FL 34236

Vanick Properties, Inc.
477 Colonial Road
Ridgewood, NJ 07450

Aynilian Family Trust
477 Colonial Road
Ridgewood, NJ 07450

Colonial Fiduciary Management Corporation
477 Colonial Road
Ridgewood, NJ 07450

Nicholas Aynilian
477 Colonial Road
Ridgewood, NJ 07450

Linix Realty, LLC
477 Colonial Road
Ridgewood, NJ 07450

U.S. SMALL BUSINESS ADMINISTRATION REGION II
26 FEDERAL PLAZA, SUITE 3108
NEW YORK, NY 10278

EGAD Limited
477 Colonial Road
Ridgewood, NJ 07450

Hamilton-Franklin Associates, LLC
477 Colonial Road
Ridgewood, NJ 07450

GB Capital
477 Colonial Road
Ridgewood, NJ 07450

M.J. Realty Associates, LLC
477 Colonial Road
Ridgewood, NJ 07450

Elizabeth Aynilian Trust
477 Colonial Road
Ridgewood, NJ 07450

IHB Associates, LLC
477 Colonial Road
Ridgewood, NJ 07450

BBB&L Holdings
477 Colonial Road
Ridgewood, NJ 07450

State of NJ Division of Taxation
NJ Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

Crave Hazelton, LLC
477 Colonial Road
Ridgewood, NJ 07450

Caroline Anynilian
477 Colonial Road
Ridgewood, NJ 07450

Nicholas Aynilian, Jr.
477 Colonial Road
Ridgewood, NJ 07450

Stephanie Aynilian
477 Colonial Road
Ridgewood, NJ 07450

Thomas Anynilian
477 Colonial Road
Ridgewood, NJ 07450

James R. Nicodemus Electrica/Mechanical Contractor, Inc.
1879 Route 38
Southampton, NJ 08088

PSE&G Co.
 P.O. Box 709
 Newark, NJ
07101-0709

PSE&G Co.
80 Park Place
Newark, NJ 07102

Verizon
Verizon Wireless Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

Verizon
1095 Avenue of the Americas
New York, NY 10036
Verizon
One Verizon Way
Basking Ridge, New Jersey 07920


Mt. Holly Municipal Utilities Authority
1 Park Drive
PO Box 486
Mount Holly, NJ 08060


New Jersey American Water
New Jersey American Water
1 Water Street
Camden, NJ 08102


710 Route 38 ABL I Holdings, LLC
11766 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90025

US Bank  Cust/PC7 FirstTrust Bank
Tax Lien Services Group
50 South Street 16th St, Suite 2050
Philadelphia, PA 19102

US Bank  Cust/PC7 FirstTrust Bank
c/o Gary C. Zeitz, L.L.C.
Attorneys at Law
1101 Laurel Oak Road, Suite 170
Voorhees, NJ 08043

Paul Robbins and Barbara Lowenthal
1800 Ben Franklin Drive, A 602
Sarasota, FL 34236

Ivan V. Lagowitz
IVL Group, LLC
24 Church Street
Montclair, NJ 07042

Scott T. Tross, Esq.
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102


Alan R. Ackerman, Esq.
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, N J 07054

Office of the Unites States Trustee
For the District of New Jersey
One Newark Center
Suite 2100
Newark, NJ 07102

Internal Revenue Service
Attn: Bankruptcy Department
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

The New Jersey Division of Taxation Compliance
And Enforcement-Bankruptcy Unit
Attn: Bankruptcy Department
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695

New Jersey Division of Taxation
Attn: Compliance and Enforcement
Bankruptcy Unit
50 Barrack Street, 9th Floor
Trenton, NJ 08695

New Jersey Attorney General's Office
Attn: Division of Law
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625-0112

Attorney General, United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044

Commonwealth of Pennsylvania Office
Of Attorney General
Attn: Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA 17120

State of New York Office of
The Attorney General
Attn: Bankruptcy Department
The Capitol
Albany, NY 12224-0341

Office of the United States Attorney of New Jersey
Attn: Eamonn O'Hagan, Assistant US Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

New York State Department of Taxation and Finance
Attn: Office of Counsel
Building 9, W A Harriman Campus
Albany, NY 12224-0341

Securities Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vessey Street, Suite 400
New York, NY 10281-1022

Social Security Administration,
Office of the General Counsel
Region 2
26 Federal Plaza
Room 3904
New York, NY 10278

Environmental Protection Agency, Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Motor Vehicle Commission
Administrative Unit
225 East State Street
Trenton, NJ 08666

State of New Jersey, Surcharge Violation System
PO Box 4775
Trenton, NJ 08650-4775

Department of Environmental Protection
Office of Records Access
Attn: Bankruptcy Coordinate
PO Box 402
Mail Code 401-06Q
Trenton, NJ 08625-0402

Department of Health and Senior Services
Office of Regulatory Affairs
John Fitch Plaza
PO Box 360
Trenton, NJ 08625-0360

New Jersey Department of Human Services
Office of Legal and Regulatory Affairs
222 South Warren Street
PO Box 700
Trenton, NJ 08625-0700

New Jersey Department of Labor and Workforce
Development, Division of Unemployment and
Disability Insurance
Attn: Bankruptcy Unit
1 John Fitch Plaza
PO Box 951
Trenton, NJ 08611-0951

Department of Labor
Division of Employer Accounts
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379