Form oscmsdoc – oscmissdocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                           Case No.: 21−17120−CMG
                           Chapter: 11
                           Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Evergreen Plaza Associates, LLC
    S. Pemberton Road and 1722 Route 38
    Mount Holly, NJ 08060

Social Security No.:

Employer's Tax I.D. No.:
    20−0935141

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
### DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

    The debtor filed a petition on September 9, 2021 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

        Summary of Assets and Liabilities for Non−Individuals, Statement of Financial Affairs For Non−Individuals, Atty Disclosure Statement, Schedules A/B,D,E/F,G,H,

    It is hereby ORDERED that:

    The debtor or debtor's attorney must appear at a hearing before the Honorable Christine M. Gravelle on:

    Date: October 5, 2021
    Time: 11:00 AM
    Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    to show cause why the case should not be dismissed.

    If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

    Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

    Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: September 9, 2021
JAN: wdr

<u>Christine M. Gravelle</u>
United States Bankruptcy Judge