B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of New Jersey

In re  **Evergreen Plaza Associates, LLC**   Case No. 21-17120
Debtor(s)   Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept a retainer of | $ 100,000.00 |
   | Prior to the filing of this statement I have received | $ 50,000.00 |
   | Balance Due | $ 50,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Debtor's Principal**

3. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify):    **Debtor's Principal**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Advising the Debtors with respect to their powers and duties as debtors and debtors-in-possession with respect to the management and operation of their business and assets, including an anticipated refinancing of the Debtors' prepetition lender's loan/judgment;
   f. Attending meetings and negotiating with representatives of creditors and other parties in interest, and advising and consulting with respect to these Bankruptcy Cases, including all of the legal and administrative requirements of operating in chapter 11;
   g. Taking necessary action to protect and preserve the Debtors' estates, including, but not limited to, the potential prosecution of motions or contested matters on behalf of the Debtors' estates, the defense of any motions or contested matters commenced against the estates, negotiating on the Debtors' behalf, and reviewing and/or objecting to claims filed against the estates;
   h. Preparing, on behalf of the Debtors, motions, applications, answers, orders, reports, and papers necessary to the administration of the estates;
   i. Communicating and/or negotiating with the Debtors' pre-petition lenders, creditors and other interested parties, documenting any transactions and preparing necessary pleadings to seek Court approval thereof;
   j. Performing other necessary legal services and providing other necessary legal advice to the Debtors in connection with these Bankruptcy Cases; and
   k. Appearing before this Court and any appellate courts and protecting the interests of the Debtors' estates before such courts.

In re    **Evergreen Plaza Associates, LLC**  Case No.  21-17120
　　　　　Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| October 5, 2021 | /s/ Joseph L. Schwartz |
|---|---|
| *Date* | **Joseph L. Schwartz** |
| | *Signature of Attorney* |
| | **Riker, Danzig, Scherer, Hyland & Perretti LLP** |
| | **Headquarters Plaza** |
| | **One Speedwell Avenue** |
| | **Morristown, NJ 07962-1981** |
| | **(973) 538-0800   Fax: (973) 538-1984** |
| | **jschwartz@riker.com** |
| | *Name of law firm* |

---