**Fill in this information to identify the case:**

Debtor name: Evergreen Plaza Associates, LLC

United States Bankruptcy Court for the: District of New Jersey    District of _____
(State)

Case number (If known): 21-17120

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................................................ $ 15.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................................................... $ 15.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............ $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................ + $ 10,449,442.92

4. **Total liabilities** .....................................................................................................................  $ 10,449,442.92
   Lines 2 + 3a + 3b